plainant (appellee) from the defendant (appellant) of solicitors' fees.

The decree is otherwise affirmed.

The cause is remanded for appropriate proceedings.

WHITFIELD, P. J., AND BUFORD, J., concur.

TERRELL, C. J., AND ELLIS AND BROWN, J. J., concur in the opinion and judgment.

THE R. E. L. McCASKILL COMPANY, a Corporation; McCASKILL INVESTMENT COMPANY, a Corporation, and R. E. L. McCASKILL, *Appellants,* v. JAMES CREARY and SUSAN C. ADAMS, as Executors of the Last Will and Testament of W. F. CREARY, Deceased, *Appellees.*

Division B.

Decision filed February 25, 1929.

*W. W. Flournoy,* for Appellants;

*S. K. Gillis,* for Appellees.

PER CURIAM.—Upon the authority of Brett v. The First National Bank of Marianna, this day filed, the decree herein is reversed insofar as it decrees recovery of attorney fees. The decree is otherwise affirmed. The cause is remanded for appropriate proceedings.

It is so ordered.

WHITFIELD, P. J., BUFORD, J., AND GIBLIN, Circuit Judge, concur.

TERRELL, C. J., AND ELLIS AND BROWN, J. J., concur in the opinion and judgment.

WATTS-McCASKILL STOCK FARM, a Corporation, The R. E. L. McCASKILL COMPANY, a Corporation, and R. E. L. Mc-CASKILL, *Appellants*, v. JAMES CREARY and SUSAN C. ADAMS, as Executors of the Last Will and Testament of W. F. CREARY, Deceased, *Appellees*.

Division B.

Decision filed February 25, 1929.

*W. W. Flournoy,* for Appellants;

*S. K. Gillis,* for Appellees.

PER CURIAM.—Upon the authority of Brett v. The First National Bank of Marianna, this day filed, the decree herein is reversed insofar as it decrees recovery of attorney fees. The decree is otherwise affirmed. The cause is remanded for appropriate proceedings.

It is so ordered.

WHITFIELD, P. J., BUFORD, J., AND GIBLIN, Circuit Judge, concur.

TERRELL, C. J., AND ELLIS AND BROWN, J. J., concur in the opinion and judgment.